## ARRAIGNMENT MINUTES – December 23, 2014

**Judge: Liam O'Grady**
**7th Floor, Courtroom 700**
**Time: 1:35 – 1:42**

\*1) VALLE VALLE,
      Miguel Arnulfo
a/k/a "El Colocho and AV"

\*2) VALLE VALLE,
      Luis Alonso
a/k/a "LV"

(Conspiracy to Distribute Five Kilograms or more of Cocaine, Conspiracy to Distribute Five Kilograms or more of Cocaine Knowing and Intending that it will be Unlawfully Imported into the United States, and Conspiracy to Engage in Money Laundering)

1:14cr135

**Defts WFA, PNG, and demanded jury trials. Both waived speedy trial and will file written waivers. Gov't needs 4 days for its case: Court will set aside 2 wks. for trial.**

**Parties to confer and set their own schedule for motions.**

**Court will sign orders permitting review of wiretap evidence.**

**Discovery Orders entered and filed in open court.**

**1) In Custody - Remanded**
**2) In Custody - Remanded**

(Rptr: Norman Linnell)
(Spanish interpreter: Ana LeFebvre)

AUSA:  William Sloan
AUSA:   Mary Daly
Defense: 1) William B. Cummings
          2) Gregory Hunter

**Motions Hrg. : 4/24/15 9:00 a.m.**
**\*Interpreters needed**

**Trial: 6/1/15 10:00 a.m. \*Interpreters needed. 2 wks. for trial. Begin at 9:00 a.m. after the first day.**

Date Returned: 06/19/14 (Superseding)
Speedy Trial: 03/03/15 **WAIVED**