Date: 01-07-16    Judge: **LIAM O'GRADY**        Reporter: N. Linnell
Time: 9:47 To 10:14                              Interpreter: M. Horvath & A. Lefebvre
                                                 Language: Spanish

UNITED STATES of AMERICA

vs.

MIGUEL ARNULFO VALLE VALLE          1:14CR00135-001
Defendant's Name                    Case Number

Jorge Enrique Artieda (Local counsel-**Not present, excused**)    Mary Daly and William Sloan
Robert Feitel (Pro hac vice)
Counsel for Defendant                              Counsel for Government

Matter called for:
( ) Motions   ( ) Setting Trial Date   (X) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared:   (X) in person        ( ) failed to Appear
                     (X) with Counsel     ( ) without counsel    ( ) through counsel

Filed in open court:

(X) Plea Agreement  (X) Statement of Facts **and placed UNDER SEAL.**

Arraignment & Plea:
( ) WFA   ( ) FA   (X) PG   ( ) PNG   Trial by Jury: ( ) Demanded   ( ) Waived

Defendant entered a Plea of Guilty pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to <u>Count 1 of the Superseding Indictment.</u>

Defendant directed to USPO for PSI: (X) Yes   ( ) No
Case continued to 04/22/16 at 9:00 a.m. for: (X) Sentencing

Court *provisionally* accepts plea, pending preparation of a presentence report. Govt's motion to seal the plea agreement and statement of facts – granted.

Defendant is remanded.

Email P.O. and Jury: X          Jury trial set: 01/19/16
LOG Red Book X
Chambers calendar X