| | | |
|---|---|---|
| Date: 04-29-16 | **SENTENCING** | Judge: O'GRADY |
| Time: 9:29  To 9:39 | | Reporter: N. Linnell |
| | | Interpreter: Maria Horvath |
| | | Language: Spanish |

UNITED STATES OF AMERICA

Case Number: __1:14CR00135-001__

V.

MIGUEL ARNULFO VALLE VALLE

Counsel/Govt: __William Sloan and Mary Daly__   Counsel/Deft: Robert Feitel

Court adopts PSI (X): __The court accepted the plea agreement negotiated between the parties pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), which provided an agreed upon sentence of thirty (30) years.__

**SENTENCING GUIDELINES:**
Offense Level: __43__
Criminal History: __I__
Imprisonment Range: __LIFE (360 months pursuant to plea agreement)__
Supervised Release Range: __5 Years__
Fine Range: $ __25,000__ to __$10,000,000__
Restitution $ __-0-__
Special Assessment $ __100__   ( ) Satisfied   ( ) Unsatisfied

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: _____

**JUDGMENT OF THE COURT:**
BOP for __THREE HUNDRED SIXTY (360) MONTHS__, with credit for time served since his arrest in Honduras on 10/05/2014
Supervised Release for __FIVE (5) YEARS,__ with special conditions: (X) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in _____ days of release from custody/imposition of sentence
(X) Fine/costs of incarceration waived

Consent Order of Forfeiture entered and filed in open court.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE:**

X   As a condition of supervised release, upon completion of his term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. §1101 et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

X   If the defendant is not deported, he shall comply with the standard conditions of supervised release, to include substance abuse testing and treatment, as directed by the probation officer.

The court recommends that the defendant be designated to FCI Coleman, Florida area to be near family.

**Defendant is remanded.**